Filed at __11:05__ A __M__
__1/5__, 20__15__
__BCL__
Deputy Clerk, U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Albany__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

__Garon Mathis__

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

__Duty Officer Milton Davis__
__Badge: #0852__

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

__1:15-cv-2 (LJA)__

## I. GENERAL INFORMATION

1. Your full name and prison number __Garon Mathis 103146__
2. Name and location of prison where you are now confined __Dougherty County Jail__
3. Sentence you are now serving (how long?) __Waiting on Bond__

    (a) What were you convicted of? _____

    (b) Name and location of court which imposed sentence _____

    (c) When was sentence imposed? _____

    (d) Did you appeal your sentence and/or conviction?     Yes ☐    No ☐

    (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?  Yes ☐   No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

      Plaintiff(s):_____

      Defendant(s):_____

   (b) Name of Court:_____

   (c) Docket Number:_____  When did you file this lawsuit?_____

   (d) Name of judge assigned to case:_____

   (e) Is this case still pending?   Yes ☐   No ☐

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   (b) Name of Court:_____

   (c) Docket Number:_____  When did you file this lawsuit?_____

   (d) Name of judge assigned to case:_____

   (e) Is this case still pending?   Yes ☐   No ☐

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____
_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☐

   If your answer is Yes, state the name of the court and docket number as to each case:

   _____   _____
   _____   _____
   _____   _____
   _____   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? **Dougherty County Jail Facility D-Pod-400**

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐

   (2) If Yes, what was the result? **They said my grievance was not a grievance. So i sent them to Mr. Bill L. at U.S Courts/Middle District of Georgia 201 West Broad Avenue Albany GA 31701**

   (3) If No, explain why not: _____

   _____
   _____
   _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

8/30/2014 Was in medical when i talked to Cpl. Rajshaun Bridges - L.T. Thomas Kendrick

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ✓    No ☐

(1) If Yes, to whom did you appeal and what was the result? MAJOR. LEWIS never got a result

(2) If No, explain why you did not appeal:

10. In what other institutions have been confined? Give dates of entry and exit.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Dougherty County Jail Facility
1302 Evelyn Ave
Albany GA, 31702

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Milton Davis - Duty Officer - Dougherty County Jail Facility
Rajshaun Bridges C.P.L D.C.J.F - Thomas Kendrick L.T-D.C.J.F.
Officer Michael Polite D.C.J.F
Officer Willam Cody D.C.J.F
Officer David Sheppard D.C.J.F - Officer Hampton D.C.J.F

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? **Dougherty County Jail Facility**

WHEN do you allege this incident took place? **8/30/2014**

WHAT happened? **On 8/30/2014 I Garon Mathis was Assalted by officer Milton Davis: On 8/30/14 Marco Hayes Jr. time was taken for not coming back to the room after visitation which was my roommate at the time and it shows in the logbook So when i exited out of my cell the door was locked the officer said all cell doors would open 15 minutes before lock down So i tell officer Milton Davis to open my cell door cause the rest of the doors was open and my roommate time was taken but the officer never open my door till it was time to lock down So i tell officer Milton Davis i need to take a shower he states i had ah nuff time to take a shower all doors were open 15 min before lock down he states So i tell him my door never open cause my roommate time was taken So officer Milton Davis slams my door so i tell him to call the C.P.L Rajshuwn Bridges in the dorm So Cpl. Bridges enter the dorm asking me what the problem is so i tell Cpl Bridges that i need to take a shower**

And my cell door never open because my roommate time was taken so im face to face with Cpl. Bridges telling him what's going on officer Milton Davis comes up behind me wile im face to face with Cpl Bridges stating get out of his face so i turn my head to see whos he talking to that's when officer Milton Davis grabbed me round my neck charging me to the Salley port door landing me on my back still choking me at the same time wile im on my back officer Milton Davis is still chocking me say i'm tired of this Shit while officer William Cody, officer Michael polite, officer David Sheppard and officer Hampton were watching Milton Davis choke me i hear Cpl. Bridges telling Milton Davis get off him Davis you know u wrong that's when Davis release me and Cpl Bridges tells officer Davis to meet him in the briefing room after that i was escorted to medical that's were i got to talkd to L.T. Thomas Kendrick and told him the same thing i told Cpl Bridges and that i also smelld alcohol on his breath and i inquired and requested that they do a Sobrity test on officer Milton Davis to see was he under the influence i never did anything to provoke officer Milton Davis or aggressive towards officer Davis or any other staff member Cpl. Bridges Concurred with my description of what happen i also have inmate witness Statments on the Jail house File my Constitutional rights were violated illegal force, excessive force and fear of my health and well being and officer Milton Davis has been working the same dorm like the incident never happen

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

I don't have the names but the Doughrty County Jail has all the witness statements and the witness were all in D-400 at the time. That officer Milton Davis Grab me around my neck and took me to the floor

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

: JUSTICE

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 31 day of Dec, 20 14.

Garon Mathis
PLAINTIFF